WILSON P. FOSS, JR., et al., Respondents, v. CHARLES E. RIORDAN, as Administrator De Bonis Non Cum Testamento Annexo of JOHN J. RIORDAN, JR., Deceased, Appellant.— In an action under article 15 of the Real Property Law, to compel a determination of an adverse claim to real property, the answer sets forth a counterclaim for foreclosure and sale under a lien. The reply,

among other things, alleges payment of the indebtedness underlying the lien. Judgment in favor of plaintiffs, entered after trial before an official referee, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.